IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GREGORY D. BARRION, | * |
| Plaintiff, | * |
| v. | Case No. 5:18-CV-281(MTT) |
| | * |
| GREGORY MCLAUGHLIN, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to the jury verdict dated July 20, 2021 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Defendants shall also recover costs of this action.  This 23rd day of July, 2021.

David W. Bunt, Clerk

s/ Heather D. Willis, Deputy Clerk